# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JAMES GIBSON, | ) Case No.: |
| Plaintiff. | ) 4:21-cv-01034 |
| v. | ) |
| VEHICLE PROTECTION SPECIALISTS et al, | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: April 19, 2021      By: */s/ Amy L. B. Ginsburg*
　　　　　　　　　　　　　　　Amy L. B. Ginsburg, Esquire
　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　30 E. Butler Pike
　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　Phone: (215) 540-8888
　　　　　　　　　　　　　　　Fax: (877) 788-2864
　　　　　　　　　　　　　　　Email: aginsburg@creditlaw.com

## CERTIFICATE OF SERVICE

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via electronic mail:

**Christopher Meier**
Greenspoon Marder LLP
100 W Cypress Creek Rd, Suite 700
Fort Lauderdale FL 33309
Phone: (954) 734-1836
Email: christopher.meier@gmlaw.com
Attorney for Defendant


Dated: April 19, 2021           By: */s/ Amy L. B. Ginsburg*
                                    Amy L. B. Ginsburg, Esquire
                                    Kimmel & Silverman, P.C.
                                    30 E. Butler Pike
                                    Ambler, PA 19002
                                    Phone: (215) 540-8888
                                    Fax: (877) 788-2864
                                    Email: aginsburg@creditlaw.com