# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

|  |  |
|---|---|
| **JAMES GIBSON,** | ) <br> ) <br> ) Case No.: <br> ) |
| Plaintiff. | ) 4:21-cv-01034 <br> ) |
| v. | ) <br> ) |
| **VEHICLE PROTECTION SPECIALISTS et al,** | ) <br> ) <br> ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: May 26, 2021        By: */s/ Amy L. B. Ginsburg*
                                               Amy L. B. Ginsburg, Esquire
                                               Kimmel & Silverman, P.C.
                                               30 E. Butler Pike
                                               Ambler, PA 19002
                                               Phone: (215) 540-8888
                                               Fax: (877) 788-2864
                                               Email: aginsburg@creditlaw.com

## CERTIFICATE OF SERVICE

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via electronic mail:

**Christopher Meier**
Greenspoon Marder LLP
100 W Cypress Creek Rd, Suite 700
Fort Lauderdale FL 33309
Phone: (954) 734-1836
Email: christopher.meier@gmlaw.com
Attorney for Defendant

Dated: May 26, 2021         By: */s/ Amy L. B. Ginsburg*
                                Amy L. B. Ginsburg, Esquire
                                Kimmel & Silverman, P.C.
                                30 E. Butler Pike
                                Ambler, PA 19002
                                Phone: (215) 540-8888
                                Fax: (877) 788-2864
                                Email: aginsburg@creditlaw.com